COLOZZ, Appellant, v. GRITZBACH, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Henry Colozz against Joseph Gritzbach. No opinion. Judgment and order unanimously affirmed, with costs.

COLVIN v. RAMSDELL et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Lena Colvin against James A. P. Ramsdell and others, in which Henry P. Ramsdell, individually, etc., appeals. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 153 N. Y. Supp. 1110.

COMMERCIAL ADVERTISER ASS'N, Respondent, v. CUTLER–WILLIAMS CORPORATION, Appellant. McCANN v. SAME. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Actions by the Commercial Advertiser Association and by Alfred W. McCann against the Cutler-Williams Corporation. W. J. Carlin, of New York City, for appellant. W. H. Pollak, of New York City, for respondent. No opinion. Orders reversed, with $10 costs and disbursements, and motions denied. Orders filed. See, also, 164 App. Div. 944, 149 N. Y. Supp. 1094.

CONDON, Appellant, v. AARON BUSCH-BAUM CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Appeal from Trial Term, New York County. Action by Mary Condon against the Aaron Buschbaum Company. From a judgment dismissing the complaint, after a trial at the Trial Term, plaintiff appeals. Reversed, and new trial ordered. Henry W. Bridges, of New York City, for appellant. Barent L. Visscher, of New York City (Barnett Cohen, of New York City, on the brief), for respondent.

PER CURIAM. We think a question of fact was presented by the evidence, which should have been sent to the jury. The dismissal of the complaint was therefore error, and the judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event. Order filed.

INGRAHAM, P. J., dissents.

CONKLIN, Respondent, v. CODY, Appellant. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Action by Charles H. Conklin against Elizabeth L. Cody. No opinion. Reargument ordered, and case set down for Wednesday, December 8, 1915. Attention of counsel is called to the fact that the record does not contain the exhibits described therein.

In re CONLON ELECTRIC WASHER CO., Inc. (Supreme Court, Appellate Division, First Department. October 15, 1915.) In the matter of the Conlon Electric Washer Company, Incorporated. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 366.

CONNOLLY, Respondent, v. DELAWARE, LACKAWANNA & WESTERN COAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Thomas Connolly, an infant, etc., against the Delaware, Lackawanna & Western Coal Company. No opinion. Judgment and order affirmed, with costs.

In re CONNOR. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Ellen Connor, deceased. No opinion. Decree affirmed, with costs. Order filed.

CONTE, Respondent, v. RIVOLI REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Nicola Conte against the Rivoli Realty Company, impleaded with others. C. J. Heermance, of New York City, for appellant. L. E. Ginn, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re COOK. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) In the matter of Harry Cook, an attorney.

PER CURIAM. Respondent suspended from practice for a period of six months from the entry of the order herein.

THOMAS, J., not voting.

COOK, Respondent, v. MOYER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Harold J. Cook against John C. Moyer. No opinion. Motion granted, and appeal dismissed, with costs, without costs of this motion.

COOPER, Appellant, v. VIERENGLE, Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Charles T. Cooper, by his guardian ad litem, Thomas T. Cooper, against Matthew Vierengle. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is inadequate.

COSTELLO v. TAYLOR. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Daniel Costello for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against George C. Taylor, as president of the American Express Company, employer and self-insurer. No opinion. Motion granted. See, also, 153 N. Y. Supp. 1111.

COTTER, Respondent, v. PHŒNIX UNDERWEAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Elizabeth Cotter, as administratrix, etc., against the Phœnix Underwear Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 154 N. Y. Supp. 1117.

COULMAN, Respondent, v. RANDALL, Appellant. (Supreme Court, Appellate Division,